**Electronically Filed
Supreme Court
SCPW-21-0000336
28-MAY-2021
08:52 AM
Dkt. 4 ODDP**

SCPW-21-0000336

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARK D. CAIRES, Petitioner,

vs.

THE HONORABLE PETER T. CAHILL,
Judge of the Circuit Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NOS. 2PC131000955 and 2PC141000040;
CASE NO. 2CPN-20-000014)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Upon consideration of petitioner Mark D. Caires's petition for writ of mandamus, filed on May 18, 2021, the documents attached thereto and submitted in support thereof, and the record, petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and appears to be seeking similar relief in the circuit court. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary

remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, May 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins